IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3009-2 |
| | ) | |
| V. | ) | |
| | ) | |
| KATHRYN SNOOZY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) Defendant Kathryn Snoozy's motion to extend deadlines in order on sentencing schedule (filing 24) is granted.

(2) Paragraph 6 of the order on sentencing schedule is amended by inserting May 12, 2010, in lieu of April 12, 2010. Paragraph 7 of the order on sentencing schedule is also amended to provide that the Judge's tentative findings are due May 19, 2010. Sentencing remains scheduled for August 20, 2010, at 12:30 p.m.

DATED this 25th day of March, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge